IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 01-RJ-00029-MJW**

TRAVELODGE HOTELS, INC., a Delaware Corp,

Plaintiff(s),

v.

Jai Hee, Inc., et al.,

Defendant(s).

---

MINUTE ORDER

---

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that the Motion for Subpoena Pursuant to F.R.C.P. [sic] 69 (docket no. 7) is DENIED WITHOUT PREJUDICE. The Successor in Interest, Abe Ulibarri d/b/a Uibarri and Company has failed to provide this court with written proof that the judgment entered in the United States District Court for the District of New Jersey under case number 01-CV-239 (KSH) has been assigned to Abe Ulibarri d/b/a Uibarri and Company. The Successor in Interest, Abe Ulibarri d/b/a Uibarri and Company shall have up to and including November 14, 2005, file a new motion for subpoena pursuant to Fed. R. Civ. P. 69 along with written proof showing the assignment of the judgment or show cause why this case should not be dismissed.

Date: November 4, 2005