IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 01-RJ-00029-MJW**

TRAVELODGE HOTELS, INC., a Delaware Corp,

Plaintiff(s),

v.

Jai Hee, Inc., et al.,

Defendant(s).

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

Upon sua sponte reconsideration, it is hereby

ORDERED that this court's Minute Order of November 4, 2005 (Docket No. 9), is vacated. It is further

ORDERED that Intervenor Abe Ulibarri d/b/a Ulibarri and Company's Motion to Intervene, which was filed on October 25, 2005 (Docket No. 6), is GRANTED. It is further

ORDERED that the Motion for Subpoena Pursuant to F.R.C.P. [sic] 69 (docket no. 7) is GRANTED. A Rule 69 hearing is set before this court in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, on **December 14, 2005, at 9:00 a.m.** It is further

ORDERED that the Clerk of the Court shall issue the Subpoena to Appear and Produce Pursuant to Rule 69 (Docket No. 8); however, the date and time of the Rule 69 hearing shall be modified to **December 14, 2005, at 9:00 a.m.** It is further

ORDERED that intervenor Abe Ulibarri, who is represented by counsel, shall not contact chambers directly as he did so today. Should Mr. Ulibarri need to communicate with the court, he shall do so through his counsel following the Local Rules of Practice and the Federal Rules of Civil Procedure.

Date: November 16, 2005